IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMIE ABLES, as Special Administrator of the Estate of Jack E. McCoy, Jr., Deceased, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:11CV00494 SWW |
| MONUMENTAL LIFE INSURANCE COMPANY, | * * * * | |
| Defendant. | * | |

## Order of Dismissal

Pursuant to the joint stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 4th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE